# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Audero, Maria A. | U.S. District Court, Central District of California | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
255 East Temple Street
Los Angeles, California 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011-2018 | Paul Hastings LLP pension plans; firm-managed asset selection |
| 2. 2011-2018 | Paul Hastings LLP voluntary savings plan |
| 3. 2011-2018 | Paul Hastings LLP partnership agreement |

| Name of Person Reporting | Date of Report |
|---|---|
| **Audero, Maria A.** | 05/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/05/19 | Paul Hastings Voluntary Savings Plan | $1,258.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Audero, Maria A.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash accounts (3) - Bank of America and Merrill | A | Interest | M | T | | | | | |
| 2. ALLIANCEBERNSTEIN: AB INTERNATIONAL VALUE FUND CL R | | None | | | Sold | 07/31/19 | K | | |
| 3. AMERICAN FUNDS: AMERICAN CAPITAL WORLD GROWTH & INC FD CL R2 | A | Dividend | | | Sold | 07/31/19 | K | | |
| 4. AMERICAN FUNDS: AMERICAN GROWTH FUND OF AMERICA FD CL R2 | | None | | | Sold | 07/31/19 | L | | |
| 5. CALAMOS: CONVERTIBLE FUND | A | Dividend | | | Sold | 07/31/19 | K | | |
| 6. COLUMBIA: CONTRARIAN CORE FUND CL R | | None | | | Sold | 07/31/19 | K | | |
| 7. DELAWARE: EMERGING MARKETS FD CLASS R | | None | | | Sold | 07/31/19 | K | | |
| 8. LORD ABBETT: SHORT DURATION INCOME FD CL R2 | A | Dividend | | | Sold | 07/31/19 | K | | |
| 9. MFS: VALUE FD CL R2 | A | Dividend | | | Sold | 07/31/19 | L | | |
| 10. NUVEEN: SMALL CAP VALUE FUND CL R3 | | None | | | Sold | 07/31/19 | K | | |
| 11. PUTNAM: CAPITAL SPECTRUM FUND CL R | | None | | | Sold | 07/31/19 | K | | |
| 12. PUTNAM: DIVERSIFIED INCOME TRUST FUND CL R | B | Dividend | | | Sold | 07/31/19 | K | | |
| 13. THORNBURG: INVESTMENT INCOME BUILDER FD CL R3 | A | Dividend | | | Sold | 07/31/19 | K | | |
| 14. THORNBURG: LIMITED TERM INCOME FD CL R3 | A | Dividend | | | Sold | 07/31/19 | L | | |
| 15. VOYA: FLOATING RATE FUND CLASS R | B | Dividend | | | Sold | 10/22/19 | K | | |
| 16. WESTERN ASSET: CORE PLUS BOND FD CL R | A | Dividend | | | Sold | 07/31/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. CASH ACCOUNT - Merrill Lynch (Y) | | | | | | | | | |
| 18. AMERICAN CENTURY: EQUITY INCOME FUND CL I | B | Dividend | K | T | Buy (add'l) | 07/31/19 | K | | |
| 19. BLACKROCK: GLOBAL LONG SHORT CREDIT FUND CL I | | None | | | Sold | 07/31/19 | J | | |
| 20. BOSTON PARTNERS: LONG / SHORT RESEARCH FD INSTL | | None | | | Sold | 07/31/19 | J | | |
| 21. DELAWARE: SMALL CAP CORE FUND INSTL CL | | None | | | Sold | 07/31/19 | J | | |
| 22. FIRST EAGLE: GOLD FUND CL I | A | Dividend | K | T | Buy (add'l) | 07/31/19 | K | | |
| 23. FIRST PACIFIC ADVISORS: FPA CRESCENT FUND INSTL CL | A | Dividend | | | Sold | 07/31/19 | J | | |
| 24. FIDELITY: ADVISOR REAL ESTATE INCOME FUND CL I | A | Dividend | J | T | Buy (add'l) | 07/31/19 | J | | |
| 25. GUGGENHEIM: MACRO OPPORTUNITIES FUND INSTL | A | Dividend | K | T | Buy (add'l) | 07/31/19 | K | | |
| 26. NATIXIS: GATEWAY FUND CL Y | A | Dividend | J | T | Buy (add'l) | 07/31/19 | K | | |
| 27. VOYA: FLOATING RATE FUND CLASS I | A | Dividend | | | Sold | 07/31/19 | J | | |
| 28. CASH ACCOUNT - Merrill Lynch (Y) | | | | | | | | | |
| 29. TORTOISE MLP & ENERGY INCOME FUND CLASS I (Name change from Advisory | A | Dividend | K | T | Buy (add'l) | 07/31/19 | J | | |
| 30. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 31. JAMES ALPHA: GLBL REAL EST INVEST FUND CLASS I | A | Dividend | K | T | Buy (add'l) | 07/31/19 | J | | |
| 32. JOHN HANCOCK: STRATEGIC INCOME OPP FUND CL I | A | Dividend | | | Sold | 07/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. COHEN & STEERS: LOW DUR PREFERRED & INC FD CL I | A | Dividend | | | Sold | 01/31/19 | J | | |
| 34. MFS: INTERNATIONAL DIVERS IFICATION FUND CL I | | None | | | Sold | 07/31/19 | J | | |
| 35. WESTERN ASSET: CORE PLUS BOND FD CL I | A | Dividend | | | Sold | 07/31/19 | J | | |
| 36. CALAMOS MARKET NEUTRAL | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 37. CALIFORNIA ST GO BDS - OCT12 05.000%SEP01 2021 | A | Interest | K | T | | | | | |
| 38. CALIFORNIA ST GO VARIOUS PURPOSE BDS 2017 SEP17 04.000%NOV01 2019 | A | Interest | | | Redeemed | 11/01/19 | J | | |
| 39. CALIFORNIA ST VAR PURP GO REF BDS NOV12 05.000%SEP01 2024 | A | Interest | J | T | | | | | |
| 40. CALIFORNIA ST VAR PURP GO AND GO REF BDS SEP11 05.250%SEP01 2023 | A | Interest | J | T | | | | | |
| 41. LOS ANGELES CALIF GO BDS 2000 SER A PRF21 JUL11 05.000%SEP01 2026 | A | Interest | J | T | | | | | |
| 42. U.S. TREASURY NOTE 1.250% MAR 31 2019 01.250% MAR 31 2019 | A | Interest | | | Redeemed | 04/01/19 | J | | |
| 43. UNIVERSITY CALIF REVS REV BDS SER U JUL10 05.000%MAY15 2021 | A | Interest | J | T | | | | | |
| 44. ANGEL OAK: MULTI STRATEGY INCOME FUND CL INSTL | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 45. ABERDEEN: ULTRASHORT MUNI INCOME FUND CL INSTL | A | Dividend | | | Sold | 01/07/19 | J | | |
| 46. BLACKSTONE: ALT MULTI STRATEGY FUND CLASS I | | None | | | Sold | 01/07/19 | J | | |
| 47. CALAMOS: MARKET NEUTRAL INCOME FD CL I | A | Dividend | K | T | Buy (add'l) | 07/31/19 | K | | |
| 48. FIRST PACIFIC ADVISORS: FPA CRESCENT FUND INSTL CL | A | Dividend | | | Sold | 01/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 49. | GUGGENHEIM: MACRO OPPORTUNITIES FUND INSTL | A | Dividend | | | Sold | 01/11/19 | J | | |
| 50. | GOLDMAN SACHS: DYNAMIC MUNI INCOME FUND INST CL | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 51. | | | | | | Buy (add'l) | 07/30/19 | J | | |
| 52. | NATIXIS: GATEWAY FUND CL Y | A | Dividend | | | Sold | 01/07/19 | J | | |
| 53. | COHEN & STEERS: LOW DUR PREFERRED & INC FD CL I | A | Dividend | | | Sold | 01/11/19 | J | | |
| 54. | LOOMIS SAYLES: SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | | | Sold | 01/11/19 | J | | |
| 55. | AMERICAN FUNDS: AMERICAN LTD TRM TAX EX BD OF FD AMER FUND CL F2 | A | Dividend | | | Sold | 01/11/19 | J | | |
| 56. | BLACKROCK: CALIF MUNI OPPORTUNITIES FD CL INST | A | Dividend | J | T | Sold (part) | 01/31/19 | J | | |
| 57. | NUVEEN: SHORT DURATION HI YLD MUNI BD FD CLASS I | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 58. | JP MORGAN: TAX AWARE REAL RETURN FUND CL I | | None | | | Sold | 01/07/19 | J | | |
| 59. | COHEN & STEERS PREFERRED SEC & INCOME CL I | A | Dividend | K | T | Buy | 01/31/19 | J | | |
| 60. | | | | | | Buy (add'l) | 07/31/19 | J | | |
| 61. | | | | | | Buy (add'l) | 11/06/19 | J | | |
| 62. | ALGER SMALL CAP FOCUS FUND CLASS Z | A | Dividend | J | T | Buy | 07/31/19 | K | | |
| 63. | COLUMBIA DIVIDEND INCOME FUND CL INSTL | A | Dividend | K | T | Buy (add'l) | 07/31/19 | K | | |
| 64. | DELAWARE EMERGING MARKETS FD CL INSTL | A | Dividend | K | T | Buy | 07/31/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 65. DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 66. FIRST EAGLE OVERSEAS FUND CL I | B | Dividend | K | T | Buy | 07/31/19 | K | | |
| 67. JOHN HANCOCK INTERNATONAL GROWTH FUND CL I | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 68. MFS MID CAP GROWTH FD CL I | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 69. MORGAN STANLEY GLOBAL FRANCHISE PORT CL I | A | Dividend | K | T | Buy | 11/06/19 | K | | |
| 70. MORGAN STANLEY GROWTH PORTFOLIO CL I | B | Dividend | K | T | Buy | 07/31/19 | K | | |
| 71. PGIM GLOBAL TOTAL RETURN FUND CL Z | B | Dividend | K | T | Buy | 07/31/19 | K | | |
| 72. PUTNAM ULTRA SHORT DURATION INCOME FD CL F | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 73. SHENKMAN CPTL SHORT DURATION HI INC FD CL F | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 74. T ROWE PRICE EQUITY INDEX 500 FUND INV CL | A | Dividend | L | T | Buy | 07/31/19 | L | | |
| 75. U.S TREASURY NOTE 1.625% AUG 31 2022 | | None | K | T | Buy | 11/16/19 | K | | |
| 76. FEDERAL FARM CREDIT BANK CALLABLE BONDS 2.37 APR 10 2023 | A | Interest | | T | Buy | 07/30/19 | K | | |
| 77. | | | | | Redeemed | 10/10/19 | K | | |
| 78. U.S TREASURY BILL ZERO% DEC 26 2019 | A | Interest | | T | Buy | 07/17/19 | K | | |
| 79. | | | | | Redeemed | 12/26/19 | K | | |
| 80. COHEN & STEERS PREFERRED SEC & INCOME CL I | A | Dividend | J | T | Buy | 07/30/19 | J | | |
| 81. DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Buy | 01/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Audero, Maria A. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 82. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 83. PGIM GLOBAL TOTAL RETURN FUND CL Z | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 85. WELLS FARGO STRATEGIC MUNICIPAL BOND FD INSTL | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 86. MAINSTAY MACKAY CA TAX FREE OPPS FD CL I | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 88. FIDELITY ADVISOR NEW MARKETS INCOME CL I | A | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Audero, Maria A.** | 05/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part III.A:  Non-Investment Income:
The distribution I received this year from the Paul Hastings Voluntary Savings Plan was $1,258.00.  This does not reconcile with the amount stated in my 2019 tax return of $4,425.00.  The difference of $3,167.00 reflects an accounting adjustment made by Paul Hastings to reflect an erroneous entry made into my account in 2018.


In Section VI:

Line 1:  I merged three cash accounts as I understand it is no longer necessary to distinguish between IRA cash and non-IRA cash accounts.  Also, Bank of America owns Merrill Lynch, so all accounts are together.  I noted the two Merrill Lynch accounts as "( Y)" and will delete from the spreadsheet altogether in the 2020 Report.  Individually, the three accounts were reportable as follows:
Bank of America Cash (row 1):  B1 = A, B2 = Interest, C1 = J, C2 = T
Merrill Lynch Non-IRA Cash (row 17):  B1 = A, B2 = Interest, C1 = J, C2 = T
Merrill Lynch IRA Cash (row 28):  B1 = A, B2 = Interest, C1 = M, C2 = T

Line 29:  what is now called "TORTOISE MLP & ENERGY INCOME FUND CLASS I" is a name change to the last report's "ADVISORY RESEARCH"

Line 88:  the account on this line "FIDELITY ADVISOR NEW MARKETS INCOME CL I" was inadvertently left off the prior year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maria A. Audero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544